PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Ray Anthony Wilson        **Case Number:** EP-06-CR-2563FM(1)

**Name of Sentencing Judicial Officer:** Frank Montalvo, U.S. District Judge

**Date of Original Sentence:** June 29, 2007

**Original Offense:** Conspiring to Import a Quantity of Marijuana, in violation of 21 U.S.C. §§ 952, 960 and 963.

**Original Sentence:** Forty-one (41) months custody of the Bureau of Prisons to be followed by three (3) years of supervised release

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** November 10, 2009

## PETITIONING THE COURT

[  ]     To extend the term of supervision for ____ year, for a total term of ____ years.

[ X ]     To modify the conditions of supervision as following.

The Defendant shall reside at Dismas Charities, 7011 Alameda, El Paso, Texas for a period of up to 120 days and report to the facility as directed by the probation officer. The Defendant shall abide by the rules of Dismas Charities and shall not terminate his residence at said facility without authorization of the probation officer or the Director of Dismas Charities, Inc. The Defendant shall pay 10% of his weekly gross income for his subsistence as long as that amount does not exceed the daily contract rate.

Re: Ray Anthony Wilson
Docket No. EP-06-CR-2563FM(1)
Page 2

## CAUSE

The offender and his wife, Melissa Hernandez-Wilson, who is also under a term of supervised release, relocated to Ypsilanti, Michigan, on September 1, 2010, in an effort to have a family support system with his family. They returned to El Paso, Texas, on October 12, 2010, due to the offender's wife not ingesting her medication for her Bi-Polar disorder and depression which caused her to become unstable. Wilson thought it best for them to return to El Paso, Texas. However, they have no residence in El Paso, and Wilson is unemployed. Based on this issue, it is respectfully recommended that Wilson's' conditions be modified to have him placed at Dismas Charities for a period up to 120 days so that the offender and his wife can save money to afford their own residence. If an alternative residential opportunity becomes available, Wilson will be allowed to leave Dismas.

On October 12, 2010, the Defendant waived his statutory rights to a hearing to extend the conditions of supervised release by endorsing the PROB 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision.


Respectfully submitted,

Antonio Candelaria, Jr.
U.S. Probation Officer
(915) 585-5568
Date: October 18, 2010

Approved by,

Sylvia C. Pineda
Supervising U.S. Probation Officer
(915) 585-6516

---

## THE COURT ORDERS:

[  ]   No action.

[  ]   The extension of supervision as noted above.

[ ✔ ]   The modification of conditions as noted above.

[  ]   Other


Frank Montalvo
U.S. District Judge

10/19/10
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by Law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The Defendant shall reside at Dismas Charities, 7011 Alameda, El Paso, Texas for a period of 120 days and report to the facility as directed by the probation officer. The Defendant shall abide by the rules of Dismas Charities and shall not terminate his residence at said facility without authorization of the probation officer or the Director of Dismas Charities, Inc. The Defendant shall pay 10% of her weekly gross income for his subsistence as long as that amount does not exceed the daily contract rate.**

Witness: _____          Signed: _____
         Antonio Candelaria, Jr.                   Ray Wilson
         U.S. Probation Officer                    Defendant

                    _____10/12/10_____
                           Date