AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**RAY ANTHONY WILSON**

CASE NUMBER: **EP-06-CR-2563FM(1)**

To: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ **Ray Anthony Wilson** _____
                                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [X] TSR Violation Petition

charging him/her with

**VIOLATION OF CONDITIONS OF SUPERVISED RELEASE**

in violation of Title ___18___ United States Code, Section(s) ___3583___

William G. Putnicki
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

_Signature of Issuing Officer_

February 16, 2011                El Paso, TX
Date and Location

Bail fixed at $ _to be determined_

by _____
   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest